In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Cotrustee under the Will of THOMAS J. RONAN, Deceased. MARY J. RONAN, as Cotrustee, et al., Appellants; CITY BANK FARMERS TRUST COMPANY et al.,

Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ. [See *ante,* p. 906.]